```
                         United States Bankruptcy Court
                         Central District of California
In re:                                                         Case No. 16-12478-DS
Jamie Nicole Baca                                              Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: admin              Page 1 of 1              Date Rcvd: Jun 13, 2016
                              Form ID: 318             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2016.
db            +Jamie Nicole Baca,    1915 Ocean Way #231,     Santa Monica, CA 90405-1065
smg            Los Angeles City Clerk,    P.O. Box 53200,     Los Angeles, CA 90053-0200
36915572     ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,     STE 100,    COLUMBUS OH 43220-3662
              (address filed with court:   Choice Recovery,     1550 Old Henderson Rd St,    Columbus, OH 43220)
36915573      +Consolidated Smart Systems,    PO Box 46405,    Eden Prairie, MN 55344-6405
36915576      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
36915577      +Hill Road Family Physicians,    417 Hill Road N,     Pickerington, OH 43147-1310
36915578      +M Leonard & Associates,    14520 Erwin St,    Van Nuys, CA 91411-2340
36915579      +Meade & Associates,    737 Enterprise Dr,    Lewis Center, OH 43035-9438
36915580      +Metro Area Collections,    3200 Se Maple St,    Milwaukie, OR 97267-1445
36915581      +Midland Funding,    2365 Northside Dri,    San Diego, CA 92108-2709
36915582      +Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
36915583      +Progressive Mgmt Syste,    1521 W Cameron Ave Fl 1,     West Covina, CA 91790-2738
36915586      +Zwicker & Associates, P.C.,    Attn: Scott E Collister, Esq,     2300 Litton Lane, Ste 200,
                Hebron, KY 41048-9132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QSSLESLIE.COM Jun 14 2016 02:13:00     Sam S Leslie (TR),    3435 Wilshire Blvd., Suite 990,
                Los Angeles, CA 90010-1998
smg            EDI: EDD.COM Jun 14 2016 02:13:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,    Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Jun 14 2016 02:13:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                P.O. Box 2952,    Sacramento, CA 95812-2952
36915570      +EDI: AMEREXPR.COM Jun 14 2016 02:13:00      Amex,    Po Box 297871,
                Fort Lauderdale, FL 33329-7871
36915571      +EDI: CHASE.COM Jun 14 2016 02:13:00      Chase Card,    P.o. Box 15298,
                Wilmington, DE 19850-5298
36915574      +EDI: DISCOVER.COM Jun 14 2016 02:13:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
36915575      +EDI: TSYS2.COM Jun 14 2016 02:13:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
36915584      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 14 2016 02:19:35       Regional Finance Corp,
                550 Ohio Pike Unit F,    Cincinnati, OH 45255-3472
36915585      +EDI: WTRRNBANK.COM Jun 14 2016 02:13:00      Td Bank Usa/targetcred,    Po Box 673,
                Minneapolis, MN 55440-0673
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2016 at the address(es) listed below:
              Sam S Leslie (TR)    sleslie@trusteeleslie.com,
               sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
              Sanaz S Bereliani    on behalf of Debtor Jamie Nicole Baca berelianilaw@gmail.com,
               chris@berelianilaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                               TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jamie Nicole Baca** | Social Security number or ITIN  **xxx–xx–0672** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Central District of California**

Case number:  **2:16–bk–12478–DS**

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jamie Nicole Baca
aw Baca Productions

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/13/16

**Dated:** 6/13/16

**By the court:**  Deborah J. Saltzman
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**10/AUT**
**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc            **Order of Chapter 7 Discharge**            page 2